IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC. d/b/a/ BONNEVILLE HOT SPRINGS RESORT & SPA,<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation to provide appropriate relief to Christina Sibbett and similarly situated female employees who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant sexually harassed Ms. Sibbett and similarly situated female employees, harassed Ms. Sibbett because she had complained about the sexual harassment, and constructively discharged and/or discharged Ms. Sibbett because of the sexual harassment and/or

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

in retaliation for her complaints about the sexual harassment. Plaintiff seeks monetary and injunctive relief for Ms. Sibbett and a class of similarly situated female employees, including pecuniary and nonpecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Defendant Bonneville Hot Springs, Inc. d/b/a Bonneville Hot Springs Resort & Spa ("Bonneville Hot Springs") has continuously been a corporation doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant Bonneville Hot Springs has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections and Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

///

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Sibbett filed a charge with the Equal Employment Opportunity Commission alleging violation of Title VII by Defendant Bonneville Hot Springs. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least December, 2004, Defendant Bonneville Hot Springs engaged in unlawful employment practices at its North Bonneville, Washington facility in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Defendant engaged in these unlawful practices through the following actions: (1) by subjecting similarly situated female employees to sexual harassment; (2) by subjecting Ms. Sibbett to sexual harassment starting in March 2005; (3) by subjecting Ms. Sibbett to harassment based on her complaints about the sexual harassment starting in May 2005 in violation of § 704(a) of Title VII, 42 U.S.C. § 2000e-3(a); and (4) by constructively discharging and/or discharging Ms. Sibbett in September 2005 based on the sexual harassment in violation of 42 U.S.C. § 2000e-2(a) and/or in retaliation for her complaints about the sexual harassment in violation of 42 U.S.C. § 2000e-3(a).

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Sibbett and similarly situated female employees of equal employment opportunities and otherwise adversely affect their status as employees of Bonneville Hot Springs because of their sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

**COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Sibbett and similarly situated female employees.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any other employment practice which discriminates on the basis of sex and retaliation.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Ms. Sibbett by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order defendant to make whole Ms. Sibbett and similarly situated female employees by providing compensation for past and future pecuniary losses resulting form the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order defendants to make whole Ms. Sibbett and similarly situated female employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

**COMPLAINT-** Page 4 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

F.  Order defendant to pay Ms. Sibbett and similarly situated female employees punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 5th day of July, 2007.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | RONALD S. COOPER<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| DAMIEN LEE<br>Senior Trial Attorney | |

BY:  _/s/ William Tamayo_____.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6915<br>Facsimile (206) 220-6911 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882