1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

11

                    Plaintiff,

Case No. C07-5321 FDB

12

            v.

13

BONNEVILLE HOT SPRINGS, INC. d/b/a/
BONNEVILLE HOT SPRINGS RESORT &
SPA,

ORDER GRANTING INTERESTED
PARTY HEATHER GIBBONS
RIGHT TO INTERVENE AS
INTERESTED PARTY PLAINTIFF

14

15

                    Defendant.

16

17

18

        Having considered the Motion to Intervene by proposed plaintiff-intervener, Heather

Gibbons, together with all appropriate responses and objections thereto,

19

20

21

        IT IS ORDERED, the Motion to Intervene is **GRANTED**.  The complaint of plaintiff-

intervener, Heather Gibbon, as attached to the Motion to Intervene, shall be considered filed and

served as the date of this Order.

22

23

24

25

        DATED this 28th  day of January, 2008.

                                _____
                                FRANKLIN D. BURGESS
                                UNITED STATES DISTRICT JUDGE

26

ORDER - 1