THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC., d/b/a/ BONNEVILLE HOT SPRINGS RESORT & SPA,<br><br>　　　　　　　Defendant. | Case No. 3:07-cv-05321-FDB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL RE: CLAIMS OF PLAINTIFFS-INTERVENORS<br><br>**NOTED FOR CONSIDERATION**: THURSDAY, AUGUST 21, 2008 |

COMES NOW the parties, by and through counsel, and stipulate, pursuant to F.R.C.P. 41(a)(1), that all claims of plaintiffs-intervenors Christina L. Sibbett and Heather Gibbons are dismissed with prejudice, with all parties to bear their own costs and attorneys fees accrued herein.  Nothing in this stipulation shall serve to abrogate any of the rights and

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL RE: CLAIMS OF PLAINTIFFS-
INTERVENORS: Case No. 3:07-cv-05321-FDB - 1
PDX/111211/153051/BWA/2869924.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Vancouvercenter, 700 Washington Street,
Suite 701, Vancouver, WA 98660
360.694.7551

1    responsibilities of the parties under the Consent Decree agreed upon by the Equal

2    Employment Opportunity Commission and Bonneville Hot Springs, Inc.

3            STIPULATED TO this 20th day of August, 2008.

4    SCHWABE, WILLIAMSON & WYATT

5    By:_____/s/_____
         Bradley W. Andersen, WSBA#20640
6        700 Washington Street, Ste. 701
         Vancouver, WA  98660
7        Telephone:  (360) 694-7551
         Facsimile:  (360) 693-5574
8        E-Mail:  bandersen@schwabe.com
         Attorneys for Defendant
9        Bonneville Hot Springs, Inc., dba
         Bonneville Hot Springs Resort & Spa

10

11   DOLAN GRIGGS, LLP

12   By:_____/s/_____        By:_____/s/_____
         David Griggs, WSBA#36115                Terry A. Venneberg, WSBA#31348
13       1130 SW Morrison Street, Ste. 630       1126 Highland Ave., Ste. 101
         Portland, OR  98205                     Bremerton, WA  98337
14       Telephone:  (503) 228-7500             Telephone:  (206) 377-3566
         Facsimile:  (503) 243-1188             Facsimile:  (206) 377-4614
15       dgriggs@dolangriggs.com                tavlaw@qwest.net
         Attorney for Heather Gibbons            Attorney for Christina L. Sibbett

16

17

18                                   **ORDER**

19           **IT IS SO ORDERED.**

20                               _____

21                               Franklin D. Burgess, USDC Judge

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL RE: CLAIMS OF PLAINTIFFS-
INTERVENORS: Case No. 3:07-cv-05321-FDB - 2
PDX/111211/153051/BWA/2869924.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Vancouvercenter, 700 Washington Street,
Suite 701, Vancouver, WA 98660
360.694.7551

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2008, I caused to be served the

foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL RE: CLAIMS OF

PLAINTIFFS-INTERVENORS on the following party at the following address:

Teri Healy
Senior Trial Attorney
EEOC
909 1st Avenue
Suite 400
Seattle, WA  98104-1061

by:

☒    U.S. Postal Service, ordinary first class mail
☐    U.S. Postal Service, certified or registered mail,
      return receipt requested
☐    hand delivery
☐    facsimile
☒    electronic service
☐    other (specify) _____

        /s/Bradley W. Andersen_____
        Bradley W. Andersen

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Vancouvercenter, 700 Washington Street, Suite
701, Vancouver, WA 98660
360.694.7551