# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC.,<br><br>Defendant. | CIVIL ACTION NO. C07-5321 FDB<br><br>**ORDER DISMISSING ACTION** |

The Court having considered the foregoing stipulated agreement of the parties,

IT IS HEREBY ORDERED THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or

/ / /

**EEOC v. BONNEVILLE HOT SPRINGS, INC. CV-07-5321 FDB**
**[PROPOSED] CONSENT DECREE**
**Page** 1 of 2

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6885**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

- 1 -

attorneys' fees to any party.  The Court retains jurisdiction of this matter for

purposes of enforcing the Consent Decree approved herein.

DATED this 22nd day of August, 2008

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**EEOC v. BONNEVILLE HOT SPRINGS, INC. CV-07-5321 FDB**
**[PROPOSED] CONSENT DECREE**
**Page** 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

- 2 -