UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>BONNEVILLE HOT SPRINGS, INC.,<br><br>　　　　Defendant. | CV07-5321FDB<br><br>MINUTE ORDER |

NOW, on this 16th Day of March, 2009, the Court directs the Clerk to enter the following Minute Order:

The Court requests the Plaintiff, Equal Employment Opportunity Commission file a reply no later than 3/25/2009, to Defendant's Response to Plaintiff's Application for Order to Show Cause.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

　　　　　　　　　　　　　　　　　　　　　**/s/ Pat LeFrois**
　　　　　　　　　　　　　　　　　　　　　Pat LeFrois
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy