THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>and<br><br>Christina L. Sibbett and Heather Gibbons<br><br>Plaintiff-Intervenors<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC. d/b/a/ BONNEVILLE HOT SPRINGS RESORT & SPA,<br><br>Defendant. | CIVIL ACTION NO. C07-5321-RBL<br><br>ORDER ON PLAINTIFF EEOC'S APPLICATION FOR ORDER TO SHOW CAUSE |

The court, having considered Plaintiff Equal Employment Opportunity Commission's Application for Issuance of Show Cause Order, the defendant's response thereto, and the EEOC's reply, hereby orders supplemental proceedings pursuant to Fed. R. Civ. P. 69(a) as follows. Plaintiff EEOC and plaintiff-intervenors Christina Sibbett and Heather Gibbons shall

**Order on Plaintiff's Application for Order to Show Cause -** Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

have a period of 15 days from the date of this order to propound written discovery requests to defendant related to the matter of defendant's ability to pay the remainder of settlement monies owed pursuant to the consent decree entered by this court. Defendant shall have 15 days to respond. Within ten days thereafter, the parties shall certify to the court either that the matter has been resolved, with all remaining settlement monies paid, or that the matter is ready for an evidentiary hearing on defendant's ability to meet its obligations under the terms of the consent decree. The court may set a date for the evidentiary hearing following the certification of the parties.

IT IS SO ORDERED this 1st day of April, 2009.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882