THE HONORABLE RONALD B. LEIGHTON

WILLIAM TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260
TEL:   (415) 625-5645
FAX:   (415) 625-5657
Email:  william.Tamayo@eeoc.gov

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
TERI L. HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6859
FACSIMILE:  (206) 220-6911
teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS, INC. d/b/a/ BONNEVILLE HOT SPRINGS RESORT & SPA,<br><br>Defendant**. | CIVIL ACTION NO.  C07-5321-FDB<br><br>**STIPULATED [PROPOSED] SUPPLEMENT TO DOCKET NO. 70- CONSENT DECREE** |

STIPULATED [PROPOSED] SUPPLEMENT TO DOCKET NO. 70
CONSENT DECREE- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Pursuant to Docket No. 70 the parties hereby file this proposed supplement to Docket No. 37 detailing a payment plan for the remaining funds due under the Consent Decree. *See Dkt. No. 70 ¶ V8.* On September 17, 2008, Bonneville Hot Springs, Inc. ("Bonneville" or "Defendant") made an initial payment of $300,000. Bonneville did not make the ordered payment on December 16, 2008. After proceedings regarding Bonneville's breach of the Consent Decree, on June 26, 2009, Bonneville Hot Springs, Inc. paid $50,000 of the $170,000 remaining due under the terms of the Consent Decree. The parties have agreed to the following payment plan for the remaining $120,000.

1) $25,000 Due on or before July 31, 2009.

2) $25,000 Due on or before August 31, 2009.

3) $25,000 Due on or before September 30, 2009.

4) $25,000 Due on or before October 31, 2009.

5) $20,000 Due on or before November 30, 2009.

Defendant will issue checks to the claimants directly which must be delivered by the above agreed dates. EEOC will provide the names, addresses and amount for each check to Defendant no later than five (5) business days prior to the date a payment is due. Defendant agrees to make payments earlier than the above dates if it has additional funds available.

DATED this 3rd day of August, 2009.

BY:    *s/ William Tamayo*
WILLIAM TAMAYO
Regional Attorney
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

JOHN F. STANLEY
Supervisory Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

TERI HEALY
Sr. Trial Attorney
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Ph. (206) 220-6916
Fax (206) 220-6911
Teri.Healy@EEOC.gov
Attorneys for Plaintiff EEOC


BY:  ___s/ Stephen G. Leatham___
Stephen G. Leatham
HEURLIN, POTTER, JAHN, LEATHAM,& HOLTMANN, P.S.
Post Office Box 611
211 East McLoughlin Boulevard
Vancouver, WA 98666-0611
Phone:  360-750-7547
Fax:  360-750-7548
Email:  sgl@hpl-law.com

Attorney for Defendant

**STIPULATED [PROPOSED] SUPPLEMENT TO DOCKET NO. 70
CONSENT DECREE-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

THE HONERABLE RONALD B. LEIGHTON

1

2

3

4

5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

7

8   EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION                                    CIVIL ACTION NO.  C07-5321-FDB
9

10              Plaintiff,
                                          **ORDER SUPPLEMENTING PAYMENT**
11          v.                            **REQUIREMENTS UNDER DOCKET NO.**
                                          **70-CONSENT DECREE**
12

13  BONNEVILLE HOT SPRINGS, INC. d/b/a/
    BONNEVILLE HOT SPRINGS RESORT &
14  SPA,

15          Defendant**.**

16
        The Court having considered the foregoing stipulated agreement of the parties,
17
    IT IS HEREBY ORDERED THAT the Consent Decree, Docket No. 70, be, and the same hereby
18
    is.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree and
19
    Supplemental payment plan approved herein.
20

21      DATED this _____ day of _____, 2008
22

23

24      _____
25      FRANKLIN D. BURGESS
        UNITED STATES DISTRICT COURT JUDGE

**STIPULATED [PROPOSED] SUPPLEMENT TO DOCKET NO. 70**
**CONSENT DECREE-** Page 4 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I electronically filed the foregoing "**STIPULATED [PROPOSED] SUPPLEMENT TO DOCKET NO. 70-CONSENT DECREEl**" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen G. Leatham
HEURLIN, POTTER, JAHN, LEATHAM,& HOLTMANN, P.S.
Post Office Box 611
211 East McLoughlin Boulevard
Vancouver, WA 98666-0611
Phone:  360-750-7547
Fax:  360-750-7548
Email:  sgl@hpl-law.com

Attorneys for Defendants

David Griggs
DOLAN GRIGGS LLP
1130 South West Morrison Street, Suite 630
Portland, Oregon 98205
Phone:  503-228-7500
Fax:  503-243-1188
Email: dgriggs@dolangriggs.com

Terry A. Venneberg
Attorney at Law
3425 Harborview Drive
Gig Harbor, Washington  98332
Tel:  (360) 858-6601
Fax: (360) 858-6603
Email:  tavlaw@qwest.net

Attorneys for Plaintiff in Intervention

DATED this 3rd Day of August, 2009.

_/s/Mary R. Hammock_____
Mary R. Hammock
Legal Technician

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882